IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRUCE A. DAVENPORT, | : |
| | : Case No. 2:19-cv-02936 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| EILEEN WICAL, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Magistrate Judge Jolson's March 4, 2020 Report and Recommendation Dismissing this Case with Prejudice under Federal Rule of Civil Procedure 41(b) for a Failure to Prosecute. Doc. 29. The parties had fourteen days from the date of the Report and Recommendation to file any objections. Neither party has filed an objection and the time for doing so has now elapsed.

After reviewing Magistrate Judge Jolson's Report and Recommendation, this Court finds that the Magistrate reached the correct conclusion. The Court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge Jolson's March 4, 2020 Report and Recommendation as this Court's findings of fact and conclusions of law. This matter is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                         /s/ Algenon L. Marbley
                         **ALGENON L. MARBLEY**
                         **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: March 20, 2020**

1